Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Gibney Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENNETH BURDETTE,<br>Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br>Commissioner of Social Security,<br>Defendant. | 3:12-CV-00904-BR<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $14,009.00 pursuant to 42 U.S.C. § 406(b). The attorney fee of $5,540.78 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 2nd day of February, 2015.

_____
Anna Brown
United States District Judge